MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (CABN 230646)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: schmidtjonathand@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00875 WHA |
|     Plaintiff, | |
|     v. | STIPULATION AND [P<del>ROPOSED</del>] ORDER EXCLUDING TIME |
| JACQUELINE BESSER | |
|     Defendant. | |

    The parties appeared on March 5, 2013.  At that hearing, the Court set a further status date of March 19, 2013.  Also at the hearing, the parties stipulated and the Court found that the time from March 5, 2013 to March 19 2013 should be excluded in calculating the time within which a trial must begin.  Exclusion of time is appropriate because of the need for defense counsel to review the voluminous discovery.  Failure to exclude time would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  (18 U.S.C. § 3161(h)(B)(7)(iv)).

//

//

Stip & <del>Proposed</del> Order Excluding Time
CR 12-00875 WHA

SO STIPULATED

Dated: March 18, 2013                    MELINDA HAAG
                                         United States Attorney


                                         _____S/_____
                                         JONATHAN SCHMIDT
                                         Assistant United States Attorney


Dated  March 18, 2013                    _____S/_____
                                         MARTHA A. BOERSCH
                                         Attorney for Defendant

## [Proposed] ORDER

GOOD CAUSE APPEARING, and per the parties' stipulation, the time from March 5, 2013, to March 19, 2013 is excluded in calculating the time within which a trial must begin. (18 U.S.C. § 3161(h)(B)(7)(iv)).

**IT IS SO ORDERED**

DATED: March 19, 2013.                   _____
                                         WILLIAM H. ALSUP
                                         United States District Judge

Stip & Proposed Order Excluding Time
CR 12-00875 WHA                          2