1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JONATHAN SCHMIDT (CABN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: schmidtjonathand@usdoj.gov
8

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,         )   No. CR 12-00875 WHA
                                     )
15      Plaintiff,                   )
                                     )   STIPULATION AND [PROPOSED] ORDER
16      v.                           )   CONTINUING HEARING DATE AND
                                     )   EXCLUDING TIME
17 JACQUELINE BESSER                 )
                                     )
18      Defendant.                   )
   _____   )
19

20
        The parties are scheduled to appear on March 19, 2013.  The parties request a
21
   continuance of two weeks to April 2, 2013.  The parties are in plea discussions and several
22
   issues that require detailed review a economic documents have emerged.  The parties anticipate
23
   that these issues will be clarified by April 2, 2013 and on that date the parties will have reached a
24
   plea agreement or ask the Court to set a trial date.  The parties also ask that the time between
25
   March 19, 2013 and April 2, 2013 be excluded in calculating the time within which a trial must
26
   begin.  Exclusion of time is appropriate because of the need for the parties to review documents.
27
   Failure to exclude time would deny the defendant reasonable time necessary for effective
28

   Stip & ~~Proposed~~ Order Excluding Time
   CR 12-00875 WHA

preparation, taking into account the exercise of due diligence. (18 U.S.C. § 3161(h)(B)(7)(iv)).

SO STIPULATED

Dated: March 18, 2013              MELINDA HAAG
                                   United States Attorney


                                          S/
                                   JONATHAN SCHMIDT
                                   Assistant United States Attorney


Dated  March 18, 2013                     S/
                                   MARTHA A. BOERSCH
                                   Attorney for Defendant

### [Proposed] ORDER

GOOD CAUSE APPEARING, the status date set for March 19, 2013 is continued to April 2, 2013 and the time from March 19, 2013, to April 2, 2013 is excluded in calculating the time within which a trial must begin. (18 U.S.C. § 3161(h)(B)(7)(iv)).

**IT IS SO ORDERED**

DATED: March 19, 2013.
                                   WILLIAM H. ALSUP
                                   United States District Judge