1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JONATHAN SCHMIDT (CABN 230646)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: schmidtjonathand@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,       )   No. CR 12-00875 WHA
                                   )
15       Plaintiff,                )
                                   )   STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
16     v.                          )
                                   )
17 JACQUELINE BESSER               )
                                   )
18       Defendant.                )
                                   )
19

20    Currently this case is set for trial on June 13, 2013, and for pre-trial conference on May

21 22, 2013, a 2:00 P.M..  The parties have reached a plea agreement in this case.  Accordingly, the

22 parties request that the May 22, 2013 pre-trial conference be vacated and change of plea hearing

23 be set for May 22, 2013, at 2:00 P.M..

24 //

25 //

26 //

27 //

28 //

Stip & P̶r̶o̶p̶o̶s̶e̶d̶ Order
CR 12-00875 WHA

SO STIPULATED

Dated: May 13, 2013         MELINDA HAAG
                            United States Attorney

                            _____S/_____
                            JONATHAN SCHMIDT
                            Assistant United States Attorney


Dated  May 13, 2013         _____S/_____
                            MARTHA A. BOERSCH
                            Attorney for Defendant

## [Proposed] ORDER

GOOD CAUSE APPEARING, the pre-trial conference set for May 22, 2013 is vacated and a change of plea hearing is set for May 22, 2013 at 2:00 P.M...

**IT IS SO ORDERED**

DATED:   May 14, 2013.

[Signature: Judge William Alsup]

Stip & ~~Proposed~~ Order
CR 12-00875 WHA                         2